**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673

D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
LINDSAY L. BOWDEN, STATE BAR NO. 318685
lb@brockgonzales.com

**ATTORNEYS FOR PLAINTIFF**
MIGUEL JIMENEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL JIMENEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVAR USA INC., a Washington corporation; and<br>DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 4:19-cv-03584-HSG<br><br>**ORDER RE:**<br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT SEPTEMBER 24, 2019 CASE MANAGEMENT CONFERENCE**<br><br>Date: September 24, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th floor |

# ORDER

The request of Christopher P. Brandes to make a telephonic appearance at the Case Management Conference on September 24, 2019 at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 9/23/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge